AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2025

SEAN F. McAVOY, CLERK

DENNIS DERISE CORBRAY,

*Plaintiff*

v.

KARIN ARNOLD,

)
)
)
)
)

Civil Action No.   1:25-CV-03017-RLP

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Habeas Corpus Petition, ECF No. 1, is DENIED.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge        REBECCA L. PENNELL

Date:  3/10/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz

*(By) Deputy Clerk*

Nicole Cruz